Decided April 1, 1996

## STATE OF CONNECTICUT *v.* JOSE ORTIZ

The defendant's petition for certification for appeal from the Appellate Court, 40 Conn. App. 374 (AC 13786), is denied.

*Christopher L. Ulrich,* in support of the petition.

*Frederick W. Fawcett,* assistant state's attorney, in opposition.

Decided April 1, 1996

## VINCENT SHIMKO *v.* FERRO CORPORATION ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 40 Conn. App. 409 (AC 14746), is denied.

*Kevin M. Blake,* in support of the petition.

*Jules Lang,* in opposition.

Decided April 1, 1996